```
 1  THOMAS P. O'BRIEN
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ZORAN J. SEGINA
 4  Assistant United States Attorney
    Financial Litigation Unit
 5  zoran.segina@usdoj.gov
    California Bar No. 129676
 6       Room 7516-AA Federal Building
         300 North Los Angeles Street
 7       Los Angeles, CA  90012
         Telephone: (213) 894-6606
 8       Fax No.:   (213) 894-5900

 9  Attorneys for Plaintiff
    United States of America
10
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. SACR 03-143-AHS |
| Plaintiff, | ) | SACV08-1257 AHS (ANx) |
|  | ) | CV |
| v. | ) | [PROPOSED] ORDER FOR APPEARANCE OF THIRD PARTY |
| RAYMOND LEE LEONARD, | ) |  |
| Defendant | ) |  |

Upon reading the Application by the United States and the Declaration of Zoran J. Segina, and it appearing that this is a proper case for the appearance of Evan Leonard, third party;

IT IS ORDERED that Evan Leonard shall appear personally before Hon. Arthur Nakazato, United States Magistrate Judge in Courtroom 6B, located at UNITED STATES COURTHOUSE, 411 West Fourth Street, Santa Ana, CALIFORNIA; on January 8, 2009 .2008, at 10:00 a.m., to furnish information to aid in enforcement of a money judgment.

1

1     Evan Leonard is also ordered to bring with him the documents
2 or objects on the attached list.

3

4 DATED: *November 12, 2008.*

                                    ARTHUR NAKAZATO
5                           UNITED STATES MAGISTRATE JUDGE

6

7 NOTICE TO THIRD PARTY. IF YOU FAIL TO APPEAR AT THE TIME AND

8 PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND

9 PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER

10 REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY

11 THE JUDGMENT CREDITOR IN THIS PROCEEDING.

12

13 Presented by:

14 THOMAS P. O'BRIEN
    Acting United States Attorney
15 LEON W. WEIDMAN
    Assistant United States Attorney
16 Chief, Civil Division

17

18 _____
    ZORAN J. SEGINA
19 Assistant United States Attorney

20 Attorneys for Plaintiff
    United States of America
21

22

23

24

25

26

27

28

LIST OF DOCUMENTS REQUESTED

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you have an account of any kind.

2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipt and expenses for any sole proprietorship, partnership or corporation in which you own any interest.

3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you own any interest, has an account of any kind.

4. All trust agreements in which you are named trustor, trustee or beneficiary.

5. All deeds, leases, contracts, and other documents representing any ownership interest you have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

7. All deeds, bills of sale or other documents prepared or used in connection with any transfer of real property or personal property made by you, either by gift, sales, or otherwise within the last five years.

8.  Books of deposit, passbooks or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

9.  Books of deposit, cancelled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

10. Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

11. Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you. Said record should detail each pay period for gross earnings and all deductions from said gross earnings.

12. Documents concerning any income received or receivable by you from any source whatsoever other than current earnings for the past three years.

13. Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

14. All records and court papers concerning any lawsuits in which you are involved in any manner.

15.  Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

16.  All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.